**RECEIVED**

JUL 2 6 2022

CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 1:22-cr-00036 |
| | ) | |
| v. | ) | INDICTMENT |
| | ) | |
| DEREK ALLEN MCCABE, | ) | T. 18 U.S.C. §§ 922(g)(3), 922(a)(6) |
| | ) | T. 18 U.S.C. §§ 924(a)(2), 924(d) |
| Defendant. | ) | T. 28 U.S.C. § 2461(c) |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Prohibited Person in Possession of a Firearm)**

From on or about March 2, 2022, up to and including April 22, 2022, in the Southern District of Iowa, the defendant, DEREK ALLEN MCCABE, in and affecting commerce, knowingly possessed a firearm and ammunition, namely one or more of the following: a loaded Smith and Wesson, M&P 45 Shield M2.0, with serial number JPE8483; a loaded .22 caliber Henry Repeating Rifle, H002 US Survival, with serial number US042288B; assorted ammunition including, but not limited to, 9mm Blazer rounds; Remington 12 gauge shotgun rounds; Federal .45 caliber rounds; and additional miscellaneous rounds. At the time of the offense, the defendant knew he was an unlawful user of and addicted to a controlled substance.

This is a violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 2**
**(False Statement During Purchase of a Firearm)**

That on or about March 2, 2022, in the Southern District of Iowa, the

defendant, DEREK ALLEN MCCABE, in connection with the acquisition of a firearm, namely, a Smith and Wesson, M&P 45 Shield M2.0, with serial number JPE8483, from Bass Pro Shops Outdoor World of Council Bluffs, Iowa, (hereinafter Bass Pro) a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious statement to Bass Pro, as to a fact material to the lawfulness of such sale of said firearm to the defendant under chapter 44 of Title 18, in that the defendant provided a false residence address on a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives form 4473, Firearms Transaction Record and answered "No" to question 21(e) on a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives form 4473, Firearms Transaction Record, which asked; "Are you an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance?" when in fact DEREK ALLEN MCCABE was in fact addicted to and a user of methamphetamine, a Schedule II controlled substance.

This is a violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**THE GRAND JURY FINDS:**

<u>**NOTICE OF FORFEITURE**</u>

Upon conviction for the offense alleged in Counts 1 and 2 of this Indictment, the defendant DEREK ALLEN MCCABE, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms, magazines,

and ammunition involved in the commission of said offense, including, but not limited to, a loaded Smith and Wesson, M&P 45 Shield M2.0, with serial number JPE8483; a loaded .22 caliber Henry Repeating Rifle, H002 US Survival, with serial number US042288B; assorted ammunition including, but not limited to, Blazer 9mm rounds; Remington 12 gauge shotgun rounds; Federal .45 caliber rounds; and additional miscellaneous rounds.

This is pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

**A TRUE BILL.**

_____
FOREPERSON

Richard D. Westphal
United States Attorney

By: _____
Richard E. Rothrock
Assistant United States Attorney